No. 4204.—PUEBLO, apldo., *v.* PÉREZ, aplte.—C. D. San Juan. Alterar la paz. Mayo 28, 1930.

No. 4210.—PUEBLO, apldo., *v.* ALICEA, aplte.—C. D. San Juan. Homicidio involuntario. Junio 10, 1930.

No. 4164.—PUEBLO, apldo., *v.* MITCHELL, aplte.—C. D. San Juan. Infracción Ley de Automóviles. Junio 16, 1930.

. No. 4219.—PUEBLO, apldo., *v.* CORDERO, aplte.—C. D. San Juan. Adulteración de leche. Junio 18, 1930.

No. 4230.—PUEBLO, apldo., *v.* HERNÁNDEZ, aplte.—C. D. Arecibo. Portar armas. Julio 1, 1930.

No. 4199.—PUEBLO, apldo., *v.* PERALTA, aplte.—C. D. Humacao. Homicidio voluntario. Julio 7, 1930.

No. 4237.—PUEBLO, apldo., *v.* MIRANDA, alpte.—C. D. San Juan. Acometimiento y agresión. Julio 8, 1930.

No. 4250.—PUEBLO, apldo., *v.* GÓMEZ, aplte.—C. D. San Juan. Acometimiento y agresión grave. Julio 23, 1930.

No. 4269.—PUEBLO, apldo., *v.* ANDRADES, aplte.—C. D. San Juan. Acometimiento y agresión grave. Agosto 13, 1930.

No. 4268.—PUEBLO, apldo., *v.* ANDRADES, aplte.—C. D. San Juan. Acometimiento y agresión grave. Agosto 13, 1930.

No. 4255.—PUEBLO, apldo., *v.* GIRÁU, aplte.—C. D. Arecibo. Violación en grado de tentativa. Agosto 15, 1930.

No. 4279.—PUEBLO, apldo., *v.* ACEVEDO, aplte.—C. D. Aguadilla. Homicidio voluntario. Agosto 25, 1930.

No. 4253.—PUEBLO, apldo., *v.* OLIVERAS, aplte.—C. D. Arecibo. Violación en grado de tentativa. Septiembre 18, 1930.

No. 4299.—PUEBLO, apldo., *v.* SANTOS, aplte.—C. D. Ponce. Acometimiento y agresión. Octubre 4, 1930.

No. 4306.—PUEBLO, apldo. *v.* JOVÉ, aplte.—C. D. Arecibo. Acometimiento y agresión grave. Octubre 24, 1930.

No. 4319.—PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D. San Juan. Acometimiento y agresión grave. Noviembre 3, 1930.

No. 4321.—PUEBLO, apldo., *v.* SERRANO, aplte.—C. D. Ponce. Acometimiento y agresión grave. Noviembre 11, 1930.